JURY, KAPLAN

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:11–cv–00282–L

| | |
|---|---|
| American University System, Inc. v. American University et al | Date Filed: 02/14/2011 |
| Assigned to: Judge Sam A Lindsay | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **American University System, Inc.** | represented by | **Kay Lyn Schwartz** |
| | | Gardere Wynne Sewell |
| | | Thanksgiving Tower |
| | | 1601 Elm St |
| | | Suite 3000 |
| | | Dallas, TX 75201–4761 |
| | | 214/999–4702 |
| | | Fax: 214/999–4667 FAX |
| | | Email: kschwartz@gardere.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Admitted/In Good Standing* |
| | | |
| | | **Craig B Florence** |
| | | Gardere Wynne Sewell |
| | | 1601 Elm St |
| | | Suite 3000 |
| | | Dallas, TX 75201–4761 |
| | | 214/999–3000 |
| | | Fax: 214/999–4667 FAX |
| | | Email: cflorence@gardere.com |
| | | *Bar Status: Admitted/In Good Standing* |
| | | |
| | | **Jason Robert Fulmer** |
| | | Gardere Wynne Sewell |
| | | Thanksgiving Tower |
| | | 1601 Elm St |
| | | Suite 3000 |
| | | Dallas, TX 75201–4761 |
| | | 214/999–3000 |
| | | Fax: 214/999–3487 |
| | | Email: jfulmer@gardere.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Admitted/In Good Standing* |
| | | |
| | | **Terrell R Miller** |
| | | Gardere Wynne Sewell LLP |
| | | 1601 Elm St |
| | | Suite 3000 |
| | | Dallas, TX 75201 |
| | | 214/999–4106 |
| | | Email: tmiller@gardere.com |

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

| | | |
|---|---|---|
| **American University** | represented by | **Russell Scarritt Jones, Jr** |

Polsinelli Shughart PC
120 West 12th St
Suite 1700
Kansas City, MO 64105
816/421–3355
Fax: 816/374–0509
Email: rjones@polsinelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Haakon T Donnelly**
Bellinger &DeWolf LLC
10000 N Central Expwy
Suite 900
Dallas, TX 75231
214/954–9540
Email: hdonnelly@bd–law.com
*TERMINATED: 01/11/2012*
*Bar Status: Admitted/In Good Standing*

**John Michael Challis**
Polsinelli Shughart PC
100 S 4th Street
Suite 1000
St Louis, MO 63102
314/889–8000
Fax: 314/231–1776
Email: jchallis@polsinelli.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John F Mardula**
The Marbury Law Group PLLC
11800 Sunrise Valley Dr
Suite 1000
Reston, VA 20191
703/391–2900
Email: JMardula@marburylaw.com
*TERMINATED: 01/11/2012*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Keith Jude Grady**
Polsinelli Shughart PC
100 S 4th Street

Suite 1000
St Louis, MO 63102
314/889–8000
Fax: 314/231–1776
Email: kgrady@polsinelli.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Shauna M Wertheim**
The Marbury Law Group PLLC
11800 Sunrise Valley Dr
Suite 1000
Reston, VA 20191
703/391–2900
Fax: 703/391–2901
Email: swertheim@marburylaw.com
*TERMINATED: 01/11/2012*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Todd R Hixon**
Bellinger &DeWolf
10000 N Central Expwy
Suite 900
Dallas, TX 75231
214/954–9540
Fax: 214/954–9541 FAX
Email: thixon@bd–law.com
*TERMINATED: 01/11/2012*
*Bar Status: Admitted/In Good Standing*

**William Earl Swart**
Polsinelli Shughart PC
1717 McKinney
Suite 700
Dallas, TX 75202
214/397–0030
Fax: 214/397–0033
Email: bswart@polsinelli.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**American Public University System, Inc.**     represented by     **Todd R Hixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Haakon T Donnelly**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John F Mardula**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Shauna M Wertheim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2011 | Ï 1 | COMPLAINT *FOR DECLARATORY JUDGMENT* against American Public University System, Inc., American University filed by American University System, Inc.. Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Filing fee $350; Receipt number 0539–3719497) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership (Fulmer, Jason) (Entered: 02/14/2011) |
| 02/14/2011 | Ï | New Case Notes: A filing fee has been paid. Magistrate Judge Kaplan preliminarily assigned. File to Judge Lindsay. (twd) (Entered: 02/15/2011) |
| 02/14/2011 | Ï | DEMAND for Trial by Jury by American University System, Inc. (See 1 for document.) (twd) (Entered: 02/15/2011) |
| 02/15/2011 | Ï 2 | Summons Issued as to American Public University System, Inc., American University. (twd) (Entered: 02/15/2011) |
| 02/16/2011 | Ï 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by American University System, Inc.. (Fulmer, Jason) (Entered: 02/16/2011) |
| 02/16/2011 | Ï 4 | ADDITIONAL ATTACHMENTS *[Civil Cover Sheet]* to 1 Complaint,,, by Plaintiff American University System, Inc.. (Fulmer, Jason) (Entered: 02/16/2011) |
| 06/14/2011 | Ï 5 | SUMMONS Returned Executed as to American Public University System, Inc. ; served on 6/13/2011. (Fulmer, Jason) (Entered: 06/14/2011) |
| 06/23/2011 | Ï 7 | ORDER: Plaintiff is hereby directed to effect service on Defendant American University by 7/8/2011, or show good cause in writing for the failure or inability to effect service. (Ordered by Judge Sam A Lindsay on 6/23/2011) (tln) (Entered: 06/24/2011) |
| 06/24/2011 | Ï 6 | CERTIFICATE OF SERVICE by American University System, Inc. (Fulmer, Jason) (Entered: 06/24/2011) |
| 07/05/2011 | Ï 8 | Monthly MOTION to Dismiss for Lack of Jurisdiction filed by American Public University System, Inc., American University with Brief/Memorandum in Support. (Attachments: # 1 Brief, # 2 appendix, # 3 Proposed Order) (Donnelly, Haakon) (Entered: 07/05/2011) |
| 07/05/2011 | Ï 9 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by American Public University System, Inc., American University. (Donnelly, Haakon) (Entered: 07/05/2011) |

| | | |
|---|---|---|
| 07/05/2011 | 10 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by American Public University System, Inc., American University identifying Corporate Parent/Other Affiliate American Public Education, Inc. for American Public University System, Inc.. (Donnelly, Haakon) (Entered: 07/05/2011) |
| 07/05/2011 | 11 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney John F. Mardula (Filing fee $25; Receipt number 0539−3979767) filed by American Public University System, Inc., American University (Donnelly, Haakon) (Additional attachment(s) added on 7/11/2011: # 1 Additional Page(s) Other Court Admissions) (cab). (Entered: 07/05/2011) |
| 07/05/2011 | 12 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney Shauna M. Wertheim (Filing fee $25; Receipt number 0539−3979768) filed by American Public University System, Inc., American University (Donnelly, Haakon) (Additional attachment(s) added on 7/11/2011: # 1 Additional Page(s) Other Court Admissions) (cab). (Entered: 07/05/2011) |
| 07/12/2011 | 13 | ORDER granting 11 Application for Admission Pro Hac Vice of John F. Mardula. Clerk shall deposit application fee to the Non−Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam A Lindsay on 7/12/2011) (dgt) (Entered: 07/12/2011) |
| 07/12/2011 | 14 | ORDER granting 12 Application for Admission Pro Hac Vice of Shauna M. Wertheim. Clerk shall deposit application fee to the Non−Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam A Lindsay on 7/12/2011) (dgt) (Entered: 07/12/2011) |
| 07/13/2011 | 15 | ORDER REQUIRING ATTORNEY CONFERENCE AND STATUS REPORT: Attorney Conference due by 7/28/2011. Status Report due by 8/12/2011. (Ordered by Judge Sam A Lindsay on 7/13/2011) (skt) (Entered: 07/14/2011) |
| 07/26/2011 | 16 | RESPONSE filed by American University System, Inc. re: 8 Monthly MOTION to Dismiss for Lack of Jurisdiction (Miller, Terrell) (Entered: 07/26/2011) |
| 07/26/2011 | 17 | Brief/Memorandum in Support filed by American University System, Inc. re 16 Response (Miller, Terrell) (Entered: 07/26/2011) |
| 07/26/2011 | 18 | Appendix in Support filed by American University System, Inc. re 16 Response(Attachments: # 1 Exhibit(s) Ex. I, part 1, # 2 Exhibit(s) Ex. I, part 2, # 3 Exhibit(s) Ex. I, part 3, # 4 Exhibit(s) Ex. I, part 4, # 5 Exhibit(s) Ex. II, # 6 Exhibit(s) Ex. III) (Miller, Terrell) (Entered: 07/26/2011) |
| 07/26/2011 |   | MOTION for Leave to Conduct Jurisdictional Discovery filed by American University System, Inc. (See 16 for document.) (twd) (Entered: 08/22/2011) |
| 08/09/2011 | 19 | REPLY filed by American Public University System, Inc., American University re: 8 Monthly MOTION to Dismiss for Lack of Jurisdiction (Donnelly, Haakon) (Entered: 08/09/2011) |
| 08/12/2011 | 20 | MOTION to Stay *Discovery Pending Ruling on Motion to Dismiss and Brief in Support* filed by American Public University System, Inc., American University with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order Proposed Order) (Donnelly, Haakon) (Entered: 08/12/2011) |
| 08/12/2011 | 21 | NOTICE of Attorney Appearance by Todd R Hixon on behalf of All Defendants. (Hixon, Todd) (Entered: 08/12/2011) |
| 08/12/2011 | 22 | Proposal for contents of scheduling and discovery order *(joint submission)* by American University System, Inc.. (Miller, Terrell) (Entered: 08/12/2011) |
| 08/19/2011 | 23 | ***VACATED PER ORDER AT 52 *** ORDER REFERRING 8 MOTION to Dismiss for Lack of Jurisdiction to Magistrate Judge Jeff Kaplan. (Ordered by Judge Sam A Lindsay on |

| | | |
|---|---|---|
| | | 8/19/2011) (twd) Modified on 3/9/2012 (cea). (Entered: 08/22/2011) |
| 08/19/2011 | 24 | ORDER REFERRING 16 Alternative Motion for Leave to Conduct Jurisdictional Discovery and 20 Motion to Stay Discovery Pending Ruling on Motion to Dismiss to Magistrate Judge Jeff Kaplan. (Ordered by Judge Sam A Lindsay on 8/19/2011) (twd) (Entered: 08/22/2011) |
| 08/26/2011 | 25 | ORDER: A hearing on plaintiff's alternative motion for leave to conduct jurisdictional discovery and defendants' motion to stay discovery is set for 9/2/2011 10:00 AM before Magistrate Judge Jeff Kaplan. (Ordered by Magistrate Judge Jeff Kaplan on 8/26/2011) (vdf) (Entered: 08/26/2011) |
| 08/26/2011 | 26 | ***DOCKETED IN ERROR, PLEASE DISREGARD***STANDING ORDER ON NON–DISPOSITIVE MOTIONS: This order governs the filing and disposition of all discovery–related motions, pleading disputes, and other non–dispositive motions in this case. (Ordered by Magistrate Judge Jeff Kaplan on 8/26/2011) (vdf) (Entered: 08/26/2011) |
| 09/01/2011 | 27 | STIPULATION *of Plaintiff American University System, Inc. and Defendants American University and American Public University System, Inc. to Stay Merits Discovery* by American University System, Inc.. (Donnelly, Haakon) (Entered: 09/01/2011) |
| 09/02/2011 |  | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeff Kaplan: Motion Hearing held on 9/2/2011 re 20 Motion to Stay, filed by American Public University System, Inc., American University, Motion for Discovery filed by American University System, Inc.. Deft's motion to stay is termed pursuant to stipulation entered by the parties [See Doc# 27]. Plaintiff's motion for leave to conduct jurisdictional discovery granted in part. Attorneys are to confer and submit an agreed discovery plan order by 9/9/2011. Order to enter. Attorney Appearances: Plaintiff – Terrell Miller; Defense – Haakon Donnelly. (Court Reporter: Digital File) (No exhibits) Time in Court – :21. (vdf) (Entered: 09/02/2011) |
| 09/02/2011 | 28 | ORDER granting in part Motion to conduct jurisdictional Discovery. Plaintiff shall be permitted to conduct discovery related to the topics in this order. Counsel shall submit a proposed agreed order on a discovery plan by 9/9/2011. (See order for specifics) (Ordered by Magistrate Judge Jeff Kaplan on 9/2/2011) (vdf) (Entered: 09/02/2011) |
| 09/13/2011 | 29 | AGREED ORDER FOR JURISDICTIONAL DISCOVERY: The court hereby orders the following scope and schedule for jurisdictional discovery. (See order for specifics) (Ordered by Magistrate Judge Jeff Kaplan on 9/13/2011) (vdf) (Entered: 09/13/2011) |
| 10/20/2011 | 30 | Joint MOTION for Protective Order filed by American Public University System, Inc., American University, American University System, Inc. (Attachments: # 1 Proposed Order) (Donnelly, Haakon) (Entered: 10/20/2011) |
| 10/21/2011 | 31 | ORDER granting 30 Motion for Protective Order. It is ORDERED that this Protective Order will be enforced by the sanctions set forth in FED. R. CIV. P. 37(a) and any other sanctions as may be available to the presiding judge, including the power to hold parties or other violators of this Protective Order in contempt. (Ordered by Judge Sam A Lindsay on 10/21/2011) (ykp) (Entered: 10/24/2011) |
| 11/10/2011 |  | In Chambers Conference set for 11/17/2011 09:00 AM before Magistrate Judge Jeff Kaplan. (vdf) (Entered: 11/10/2011) |
| 11/15/2011 | 32 | MOTION to Compel *Production and Request for Expedited Briefing Schedule* filed by American University System, Inc. (Miller, Terrell) (Entered: 11/15/2011) |
| 11/15/2011 | 33 | (Document Restricted) Sealed Brief/Memorandum in Support re: 32 Motion to Compel (Sealed pursuant to order dated 10/21/2011) filed by American University System, Inc. (Miller, Terrell) (Entered: 11/15/2011) |

| | | |
|---|---|---|
| 11/15/2011 | 34 | (Document Restricted) Sealed Appendix in Support re: 32 Motion to Compel (Sealed pursuant to order dated 10/21/2011) filed by American University System, Inc. (Miller, Terrell) (Entered: 11/15/2011) |
| 11/17/2011 | 35 | ORDER: Plaintiff's 32 MOTION to Compel Production and Request for Expedited Briefing Schedule is denied without prejudice. Plaintiff shall file a supplemental response re: 8 Monthly MOTION to Dismiss for Lack of Jurisdiction by 12/22/2011. Defendants may file a supplemental reply by 12/30/2011. (Ordered by Magistrate Judge Jeff Kaplan on 11/17/2011) (vdf) (Entered: 11/17/2011) |
| 12/08/2011 | 36 | NOTICE of Attorney Appearance by Russell Scarritt Jones, Jr on behalf of American University. (Jones, Russell) (Entered: 12/08/2011) |
| 12/22/2011 | 37 | Supplemental RESPONSE filed by American University System, Inc. re: 8 Monthly MOTION to Dismiss for Lack of Jurisdiction (Miller, Terrell) (Entered: 12/22/2011) |
| 12/22/2011 | 38 | (Document Restricted) Sealed Brief/Memorandum in Support re: 37 Response/Objection (Sealed pursuant to order dated 10/21/2011) filed by American University System, Inc. (Miller, Terrell) (Entered: 12/22/2011) |
| 12/22/2011 | 39 | (Document Restricted) Sealed Appendix in Support re: 37 Response/Objection (Sealed pursuant to order dated 10/21/2011) filed by American University System, Inc. (Attachments: # 1 Additional Page(s) Part B of Appendix) (Miller, Terrell) (Entered: 12/22/2011) |
| 12/30/2011 | 40 | ***UNFILED PER ORDER ENTERED 1/3/12***(Document Restricted) Sealed Reply re: 8 Motion to Dismiss/Lack of Jurisdiction (Sealed pursuant to order dated 10/21/2011) filed by American University (Jones, Russell) (Entered: 12/30/2011) |
| 12/30/2011 | 41 | (Document Restricted) Sealed Appendix in Support re: 40 Sealed and/or Ex Parte Reply/Sur–reply (Sealed pursuant to order dated 10/21/2011) filed by American University (Attachments: # 1 Appendix, Pages 1 – 75, # 2 Appendix, Pages 76 – 89) (Jones, Russell) (Entered: 12/30/2011) |
| 12/30/2011 | 42 | ***UNFILED PER ORDER ENTERED 1/3/12***(Document Restricted) Sealed Reply re: 8 Motion to Dismiss/Lack of Jurisdiction (Sealed pursuant to order dated 10/21/2011) filed by American Public University System, Inc. (Attachments: # 1 Exhibit(s) Appendix to Supplemental Reply Brief) (Donnelly, Haakon) (Entered: 12/30/2011) |
| 12/30/2011 | 43 | MOTION to Strike 42 Sealed and/or Ex Parte Reply/Sur–reply, 40 Sealed and/or Ex Parte Reply/Sur–reply, 41 Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, filed by American University System, Inc. (Attachments: # 1 Exhibit(s) A) (Miller, Terrell) (Entered: 12/30/2011) |
| 01/03/2012 | 44 | ORDER: Instead of filing a joint supplemental reply as contemplated by the court, AU filed a 15–page supplemental reply and APUS filed a 13–page supplemental reply. Accordingly, both replies [ Docs. #40,42] are stricken from the record. The court extends the deadline to file a joint supplemental reply to 1/9/12. In view of this ruling, plaintiff's 43 Motion to Strike is denied as moot. (Ordered by Magistrate Judge Jeff Kaplan on 1/3/2012) (vdf) (Entered: 01/03/2012) |
| 01/06/2012 | 45 | NOTICE of Attorney Appearance by William Earl Swart on behalf of American University. (Swart, William) (Entered: 01/06/2012) |
| 01/09/2012 | 46 | ***INCOMPLETE PDF, ATTORNEY TO REFILE***Unopposed MOTION to Withdraw as Attorney *for American University (only)* filed by American University (Donnelly, Haakon) Modified on 1/9/2012 (skt). (Entered: 01/09/2012) |
| 01/09/2012 | 47 | (Document Restricted) Sealed Reply re: 8 Motion to Dismiss/Lack of Jurisdiction (Sealed pursuant to order dated 10/21/2011) filed by American Public University System, Inc., American |

| | | |
|---|---|---|
| | | University (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Donnelly, Haakon) (Entered: 01/09/2012) |
| 01/09/2012 | 48 | Unopposed MOTION to Withdraw as Attorney *for American University (only)* filed by American University (Donnelly, Haakon) (Entered: 01/09/2012) |
| 01/11/2012 | 49 | ORDER granting 48 Motion to Withdraw as Attorney. Attorney John F Mardula; Shauna M Wertheim; Haakon T Donnelly and Todd R Hixon terminated. (Ordered by Judge Sam A Lindsay on 1/11/2012) (cea) (Entered: 01/12/2012) |
| 02/17/2012 | 50 | NOTICE of Attorney Appearance by Keith Jude Grady on behalf of American University. (Grady, Keith) (Entered: 02/17/2012) |
| 02/17/2012 | 51 | NOTICE of Attorney Appearance by John Michael Challis on behalf of American University. (Challis, John) (Entered: 02/17/2012) |
| 03/09/2012 | 52 | ORDER: The court vacates its Order of Reference 23 referring the Motion of Defendants American University and American Public University System Inc to Dismiss Complaint of Plaintiff American University System Inc to United States Magistrate Judge Jeff Kaplan. (Ordered by Judge Sam A Lindsay on 3/9/2012) (cea) (Entered: 03/09/2012) |
| 03/13/2012 | 53 | Memorandum Opinion and Order: The court transfers this action to the District Court of Columbia. (Ordered by Judge Sam A Lindsay on 3/13/2012) (axm) (Entered: 03/13/2012) |